Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−30327−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bekkah A. Parsons
  51 South 3rd Street
  Salem, NJ 08079

Social Security No.:
  xxx−xx−3324

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            12/19/18
Time:            09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 16, 2018
JAN:

  Jeanne Naughton
  Clerk, U. S. Bankruptcy Court

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 18-30327-JNP
Bekkah A. Parsons                                               Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Oct 16, 2018
                              Form ID: 132             Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             +Bekkah A. Parsons,    51 South 3rd Street,    Salem, NJ 08079-1345
517809418      +Bayview Loan Servicing, LLC,   PO Box 650091,    Dallas, TX 75265-0091
517809419      +Comcast Cable,    PO Box 3001,   Southeastern, PA 19398-3001
517809420      +Division of Youth & Family Ser,    120 N. Stockton St. #2,   Trenton, NJ 08618-3938
517809421      +Liberty Mutual Insurance,    141 Congress St.,   Boston, MA 02110-2511
517809422      +Salem Memorial Hospital,    310 Salem-Woodstown Rd.,   Salem, NJ 08079-2080
517809423      +Santander Consumer USA, Inc.,    Bankruptcy Dept.,    5201 Rufe Snow Dr., Ste. #400,
                 North Richland Hills, TX 76180-6036
517809424      +South Jersey Gas,    PO Box 6091,   Bellmawr, NJ 08099-6091
517809425      +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335
517809426       Wilmington University,    5 Beaver Valley Rd.,   Wilmington, DE  19803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2018 00:37:13     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2018 00:37:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517809417      +E-mail/Text: bankruptcy@pepcoholdings.com Oct 17 2018 00:36:43      Atlantic City Electric,
                 PO Box 13610,   Philadelphia, PA 19101-3610
517811264      +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 00:42:20     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 2
```